FILED SEP 7 '22 AM 10:24 USDCALS

# Plantiff Luther Steven Montgomery

22-CV-350-JB-MU

## Vs

## Defendant Officer James Stewart

On February 16, 2022 I, Luther Montgomery, went into the store, Walmart, to exchange a battery that I'd previously purchased. At the register in the auto center, the cashier took the battery and stated that "it had been through a lot, the stickers were coming off, and that it looked really bad". She continued on stating to me that the battery wasn't pulling up in the system, at this time i asked for a manger. Team member "Jennifer" walked up with officer stewart stating she wasn't going to return the battery; she never looked it up or even checked the system for me. I asked for the store manager when Jennifer and the cashier stated that he wasnt there. I stated "fine, but im still going to do some shopping". Officer stewart approached me, got into my face and stated "The store isnt making you leave, Im making you leave" i responded with "what did i do wrong, im not going anywhere". at this time Officer stewart ordered me to put my hands behind my back. I, Luther M, told him that i'd just leave, to keep diffuse the situation. as i was walking away Officer stewart followed me, taunting me with "I knew you'd see things my way". Officer stewart then grabbed me as i was walking out of the store, i yanked myself free, asking why he was even touching me. I put my battery down and pulled up my pants, with my right arm as he grabbed my left again, causing me to drop my cellular device, an unlocked iPhone 12 Pro Max. He snatched my phone up and i lost my temper, fueled by distress and anger from just being assaulted. I asked him why was he doing this and to give me my phone back. He would not give it to me so i left to get my girlfriend, Breannia Thomas.

I, Breannia Thomas walked inside of walmart to get Luther's Phone and battery. A guy that works in the tire section gave me the battery in a plastic bag with "customer left" written on it. i asked where the phone was and the cashier said the officer took it and walked to the front of the store. I then walked to the customer service department and asked for the phone. A manager named jennifer responded with the question "the phone the customer threw at the officer?" Continuing on she stated the officer stewart had the phone, that i wasn't getting it back because it was thrown at the officer, i then left.

I luther montgomery went back into walmart where i was told the same thing that was told to my girlfriend, Breannia thomas. I called 911 for help where i was told to go to the 3rd precinct to speak with someone about it and also if he was keeping my phone he had to turn it in immediately to property, with a report on why he took and kept my phone. On february 17th I,

Luther montgomery and my girlfriend, breannia thomas went back to walmart to see if officer stewart left my phone or turned it in to property. They stated he did not and that he wasn't there. distraught i wondering why didn't he turn in my phone or leave it on the premises, he did neither and in fact took it home with him. At 4:30 pm on February 17 my phone was turned into property. Officer stewart had turned my phone in as evidence. This confused me because i wasn't placed under arrest or apprehended in any way constitutionally or at all, he was a security guard and i had done nothing wrong. the report that officer stewart turned in stated that i was trespassing on walmart property.

April of 2022 my phone was still in evidence and now 3 false warrants were placed on me by officer Stewart, and i couldn't retrieve my phone without being apprehended which would settle my warrants. officer Stewart's supervisor allowed him to place these false charges on me, i surrendered, turning myself in. After which i was bonded out and i got my phone back, the posterior of the phone was damaged, cracked all over and i now had a password on my phone and i couldn't get into it with any of my personal passwords. I Luther montgomery had to pay a local phone store to unlock my phone for usage, i have receipts to prove this. Due to this stressful situation and false allegations caused by officer Stewart, i haven't been able to attend work as well as all of the unnecessary money wasted into bailing myself out and phone damages/services.

422 RV Brown Dr.
Mobile, AL 36612