# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LUTHER STEVEN MONTGOMERY, | : | |
| Plaintiff, | : | |
| vs. | : | CA 22-0350-JB-MU |
| OFFICER JAMES STEWART, | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Luther Steven Montgomery's complaint (Doc. 1) be **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 41(b), due to his failure to prosecute this action by complying with this Court's lawful order dated and entered September 14, 2022.

**DONE and ORDERED** this 8th day of November, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE